IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE :
JARED NOAH KLEIN : 4:24-MC-702
:

## ORDER

**SEPTEMBER 30, 2024**

**WHEREAS**, on August 19, 2024 the Supreme Court of Pennsylvania ordered that Jared Noah Klein be disbarred on consent from the practice of law;

**WHEREAS**, on August 29, 2024 this court ordered Jared Noah Klein to inform the court within thirty (30) days of any claim he wished to present that the imposition of identical discipline would be unwarranted; and

**WHEREAS**, the time for a response has passed without any claim being presented;

**IT IS HEREBY ORDERED** that Jared Noah Klein is disbarred from the Bar of the United States District Court for Middle District of Pennsylvania

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge